E-FILED
Friday, 26 June, 2026 12:10:38 PM
Clerk, U.S. District Court, ILCD

**United States District Court**
**Central District of Illinois**

MORGAN COLE, on behalf of himself and all others similarly situated

Plaintiffs,

v.

Pride Manufacturing Company, LLC,

Defendant.

Case No.: 4:26-cv-4046

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: June 26, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ David B. Reyes**
By: David B. Reyes, Esq.
4903 Avenue N,
Brooklyn, NY 11234
O: 844-731-3343
D: 718-874-6721
Email: Dreyes@ealg.law