E-FILED
Friday, 17 July, 2026 02:22:01 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**OF CENTRAL DISTRICT OF ILLINOIS,**

MORGAN COLE, on behalf of himself and all others similarly situated

Plaintiff(s)

v.

PRIDE MANUFACTURING COMPANY, LLC

Defendant(s)

Case No. 4:26-cv-4046 (SLD)(RLH)

**STIPULATION TO DISMISS**

The parties, Plaintiff Morgan Cole, by and through his attorneys, David B. Reyes of Equal Access Law Group and PLLC, and Defendant Pride Manufacturing Company, LLC, by and through its attorneys, Schueler, Dallavo & Casieri, hereby stipulate and agree that the above-referenced case can be dismissed with prejudice, pursuant to a settlement agreement by and between the parties, all matters in controversy having been settled and compromised, each party to bear its own costs.

EQUAL ACCESS LAW GROUP, PLLC

By:***/s/ David B. Reyes***
David B. Reyes
*Attorney for Plaintiff* Morgan Cole

By:/s/ Anthony J. Tomari
Anthony J. Tomari, Esq.
Schueler, Dallavo & Casieri
*Attorneys for Defendant*
Pride Manufacturing Company, LLC

**Prepared by:**
SCHUELER, DALLAVO & CASIERI
525 W. Monroe Street, Suite 1530
Chicago, IL 60661
(312) 831-1090
atomari@sdc-atty.com
E-Service Box: attorneyservice-sdc-atty@chubb.com
Attorney No. 2342681